**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| TIFFANY MANSFIELD, Individually and on Behalf of all Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>FRIENDS FIRST, LLC  )<br>)<br>Defendant.  )<br>) | Case No. 4:20-cv-00928-JM |

## ORDER

NOW, having considered the Parties' Joint Motion to Stay and to Compel Individual Arbitration, made pursuant to the Federal Rules of Civil Procedure and the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* ("FAA"), the Court grants the Motion.

IT IS HEREBY **ORDERED:**

1. Plaintiff's, Tiffany Mansfield, individually and on behalf of all others similarly situated ("Plaintiff"), claims in this action are subject to a binding and enforceable arbitration agreement, entered into pursuant to the FAA.

2. Pursuant to Section 4 of the FAA, and the express terms of the arbitration agreement between the Parties, Plaintiff's claims are hereby **COMPELLED** to individual arbitration for resolution pursuant to the terms of the Parties' arbitration agreement. Plaintiff shall not be permitted to bring her claims in arbitration on a class or collective action basis.

3. This action shall be **STAYED** pending the outcome of arbitration. The Parties are directed to provide status reports to the Court at least once every six (6) months following the date of this Order.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2020.

                                               _____
                                               THE HONORABLE JAMES M. MOODY JR.
                                               UNITED STATES DISTRICT JUDGE