## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TIFFANY MANSFIELD, Individually**
**And on Behalf of all others similarly situated**

**vs.**                                    **CASE NO. 4:20CV00928 JM**

**FRIENDS FIRST LLC**

## ORDER

Pursuant to the stipulation of dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this case is hereby dismissed with prejudice.   The Court will retain jurisdiction until January 29, 2021 solely to enforce the terms of the settlement.   The Clerk is directed to close the case.

IT IS SO ORDERED this 30th day of December, 2020.

_____
James M. Moody Jr.
United States District Judge